Dear clerk of the court,                                      February 13, 2021

                                                   Case No.: 5:20-cv-03274-SAC

    I would like to withdraw/dismiss the suit filed in regard to the case number above. I am the petitioner/movant in this case, it has been filed Pro Se and as far as I know there has been no attorney appointed to represent me in this case.

Respectfully, *[signature]*
Jeremy Howard
1301 KS Hwy 264
Larned, KS 67550

FILED
FEB 19 2021
Clerk, U.S. District Court
By: _____ Deputy Clerk