IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**JEREMY J. HOWARD,**
also known as
**Alan R. Howard, Jr.,**

    **Plaintiff,**

    v.                                        **CASE NO. 20-3274-SAC**

**LAURA HOWARD, et al.,**

    **Defendants.**

## ORDER

Plaintiff brings this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. This matter comes before the Court on Plaintiff's motion to withdraw his complaint (Doc. 7). The Court has reviewed the motion and finds dismissal is proper under Fed. R. Civ. P. 41(a).

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's motion to withdraw complaint (Doc. 7) is **granted.**

**IT IS FURTHER ORDERED** that this action is **dismissed without prejudice** under Fed. R. Civ. P. 41(a).

**IT IS FURTHER ORDERED** that Plaintiff's motions (Docs. 3, 5, and 6) are moot and therefore **denied.**

**IT IS SO ORDERED**.

Dated February 22, 2021, in Topeka, Kansas.

                                                      <u>s/ Sam A. Crow</u>
                                                      **SAM A. CROW**
                                                      **U. S. Senior District Judge**